# EXHIBIT A



# WAC740

# 4 x 4 Wave 2 Wireless-AC

**Premium Controller Managed 802.11ac Wireless Access Point**

NETGEAR Premium Business 802.11ac 4 x 4 Wave 2 Wireless Access Point, purposely designed for enterprises requiring high density and superior performance. The NETGEAR® Premium Business 802.11ac 4 x 4 Wave 2 Wireless Access Point (AP) delivers high performance with maximum client density for enterprises requiring ubiquitous and reliable wireless for all business applications. The WAC740 is a controller managed Access Point with ease of centralized management with all NETGEAR wireless controllers from small (WC7500) to mid-size (WC7600) and large-size (WC9500) deployment. The WAC740 operates with Multi-User MIMO and can achieve speeds up to 600 Mbps for 2.4 GHz and 1.7 Gbps at 5 GHz. The WAC740 is Power over Ethernet enabled and comes with 2 Ethernet ports, including one Multi-Gig port that can handle up to 2.5 Gbps of throughput, enabling a single wire to connect to Multi-Gig capable switch for ease of wiring installation.

**Model: WAC740**

★★★★★ (0)   Write a review

BUY NOW ▸

Share

To learn more about our data practices, please see our recently updated Privacy Policy. We also use cookies and similar tracking technologies to give you a better experience, improve performance, analyze traffic, and to personalize content and ads. Find out more and control how cookies are used by clicking Privacy Policy and Cookie Policy. By continuing this website you agree to the use of cookies.   Don't show again

## Easy to Configure

Simple setup in minutes with wireless controllers (WC7500/WC7600/WC9500)
Centralized configuration and monitoring with complete visibility

## High performance and superior coverage

Dual band concurrent operation between 2.4GHz and 5GHz frequency ranges
Maximum performance with multi-gigabit throughput (up to 2.3 Gbps)

## Maximize capacity with Multi-user MIMO support

Enable concurrent wireless transmit and receive with multiple clients
Improves coverage for multiple users in dense environment

## Simple and cost effective for installation

Power over Ethernet (PoE) for flexibility of deployment
2.5 Multi-Gigabit Ethernet port with single cable installation with no compromise

| **Product Number** | **WAC740** |
|---|---|
| **Product Thumbnail** |  |

To learn more about our data practices, please see our recently updated  Privacy Policy. We also use cookies and similar tracking technologies to give you a better experience, improve performance, analyze traffic, and to personalize content and ads. Find out more and control how cookies are used by clicking  Privacy Policy and Cookie Policy. By continuing this website you agree to the use of cookies.  Don't show again

Power over Ethernet (PoE) IEEE 802.3af/802.3at

**Physical Specifications**

Physical Dimensions (W x D x H): 197 x 197 x 40mm (7.76 x 7.76 x 1.57in)
Weight: 726g (1.6lb)

**Physical Interfaces**

One (1) 10/100/1000/2500BASE-T Gigabit Ethernet (RJ-45) ports with Auto Uplink™ (Auto MDI-X) with IEEE 802.3af or 802.3at Power over Ethernet (PoE) support
One (1) 10/100/1000BASE-T Gigabit Ethernet (RJ-45) ports with Auto Uplink™ (Auto MDI-X)
Static link aggregation (LAG) support for redundancy and aggregate throughput exceeding 1Gbps
Power adapter (not included): 12V DC, 2.5A; plug is localized to country of sale
One (1) console port with RJ45 Interface
Four (4) reverse SMA antenna connectors for dual band 2.4 and 5GHz external antennas (not included)
Five (5) LED: Power, Link/ACT, LAN, 2.4GHz, 5GHz

**Security**

WiFi Protected Access (WPA/WPA2), 802.11i
MAC address filtering with access control
802.1x RADIUS support with EAP TLS, TTLS, PEAP
Rogue AP detection
Block SSID Broadcast
Secure SSH Telnet
Secure Socket Layer (SSL)
Remote management login
Peer-to-peer blocking so users may not access another user's PC

**Management**

Controller managed by WC7500/ WC7600/WC9500

**Advanced Wireless Features**

Adjustable Transmit Power Control (TPC)

**Package Contents**

Business Dual Band Wireless-AC Access Point (WAC740)
Ethernet cable
Ceiling and wall mount kit
Installation guide

**Accessories**

Power Adapters with plug localized to country of sales
PAV12V-100AUS (for Australia)
PAV12V-100EUS (for Europe, Outside of UK)
PAV12V-100NAS (for North America)
PAV12V-100PRS (for China)
PAV12V-100UKS (for UK)

**Ordering Information**

WAC740-10000S: Everywhere except U.S and Canada
WAC740-100NAS: U.S and Canada

To learn more about our data practices, please see our recently updated  Privacy Policy. We also use cookies and similar tracking technologies to give you a better experience, improve performance, analyze traffic, and to personalize content and ads. Find out more and control how cookies are used by clicking  Privacy Policy and Cookie Policy. By continuing this website you agree to the use of cookies.   Don't show again

## NETGEAR Warranty

This product is backed by a NETGEAR ProSAFE® Limited Lifetime Hardware Warranty.

Lifetime Next Business Day Hardware Replacement. Click here for coverage, availability and terms and conditions.

ProSUPPORT 24x7 Advanced Technical Support via phone for 90 days (Remote diagnostics performed by our technical experts for prompt resolution of technical issues). ProSUPPORT coverage can be extended by purchasing one, three, or five year contracts.

ProSUPPORT Lifetime 24x7 Advanced Technical Support via chat.

## Images

| | |
|---|---|
| LO RES | Low Resolution |
| HI RES | High Resolution |

## Documents

| | |
|---|---|
| 📄 | Data Sheet (PDF) |
| 📄 | Frequently Asked Questions of WAC740 |

## Reviews

★★★★★
Be the first to review this product

To learn more about our data practices, please see our recently updated Privacy Policy. We also use cookies and similar tracking technologies to give you a better experience, improve performance, analyze traffic, and to personalize content and ads. Find out more and control how cookies are used by clicking Privacy Policy and Cookie Policy. By continuing this website you agree to the use of cookies. Don't show again