# EXHIBIT E

**NETGEAR**   SUPPORT   |   COMMUNITY                United States (English)

Search                                               Log In   |   Register

NETGEAR Support

# Beamforming+ FAQs

Was this article helpful?   👍 Yes   👎 No   |   5 people found this helpful in last 30 days

**Why do I need to always have the latest firmware on my NETGEAR product?**
Having the latest firmware will help increase the stability, functionality and performance of your product. The new and most up-to-date firmware will likely correct issues as well as potentially add new and improved features to the product.

**What is 11ac beamforming?**
Beamforming is a radio wave technology that is written into the next generation IEEE Wi-Fi 802.11ac standard. This technology allows the beamformer (Router) to transmit radio signal in the direction of the beamformee (Client), thus creating a stronger, faster and more reliable wireless communication.
Think of beamforming as a radio transmission from the transmitter to the receiver, customized according to their relative locations. A NETGEAR router with Beamforming+ scans the entire wireless network, understands the parametric of each client, and optimizes the Wi-Fi communication with each client by transmitting focused and directional radio signals.

**What are the benefits of beamforming?**
The key benefits of beamforming are:

- Extend Wi-Fi coverage and reduce dead spots.
- Deliver stable Wi-Fi connection for voice and HD video.
- Better Wi-Fi throughput

**This article applies to:**

➜ Wireless AC Router Nighthawk (14)

➜ Wireless AC Adapter (3)

➜ Wireless AC Router (4)

How to Find Your Model Number ›

**Related articles**

- R6200v2 FAQs
- R6220 FAQs
- A6100 FAQs
- WNHD3004 FAQs

**Recently Viewed Articles**

- Do I need to use Wave 2

- Reduces unnecessary RF interference

**How is 11ac beamforming different from 11n beamforming?**
The key difference between 11n beamforming and 11ac beamforming is that Wi-Fi Alliance had no interoperability specification for 802.11n beamforming. The 802.11n beamforming standard was not very clearly defined, making 802.11n beamforming implementation a proprietary feature with no interoperability between different vendors.
The 11ac specification defines beamforming in much more detail and clearly lays out the interoperability specification, ensuring that any standard based implementation will interoperate with each other.
NETGEAR has implemented standard based 11ac beamforming specification on our 11ac Routers like R6300 and A6200 USB Wi-Fi adapter.

**What is NETGEAR Beamforming+?**
NETGEAR has developed a full range of 802.11ac wireless routers and Wi-Fi 802.11ac adapters that integrate the beamforming technique as defined in the IEEE 802.11ac draft specification. This standard based implementation allows for interoperability with any other client device that supports beamforming as defined by Wi-Fi Alliance.
Beamforming+ refers to NETGEAR's implementation of the beamforming standard with a fine-tuned Wi-Fi design for improved Wi-Fi range and performance across all Wi-Fi devices especially in the 5Ghz frequency band.

**What's the difference between standard beamforming and NETGEAR's Beamforming+ technology?**
NETGEAR Beamforming+ includes standard based Beamforming implementation as defined by the current 802.11ac standard, the + refers to NETGEAR's implementation of driver level improvements done for improved Wi-Fi performance and range.
While for beamforming it requires an 11ac client that support beamforming, the + benefit provides improved performance especially on the 5GHz frequency band.
For example; The latest firmware release on R6300 (1.0.2.68

- of 802.11ac?
- What is 802.11ac and what are the key differences between 802.11ac Wave 1 and Wave 2?
- What is the difference between 2.4 GHz and 5 GHz wireless frequencies?
- Notice to change default 5GHz WiFi setting on C3700 WiFi Cable Modem Router
- How to change your NETGEAR router wireless mode

**Looking for more about your product?**

Get information, documentation, videos and more for your

with beamforming+) will provide wi-fi improvement over the last release (1.0.2.38) due to the enhancements done as part of the + support.

specific product.

Start ty|

**Which NETGEAR devices support Beamforming+? And when will Beamforming+ be available on these devices?**
R6300 Wi-Fi Router and A6200 USB Wi-Fi adapter support Beamforming+ through firmware upgrade. R6200, R6250, D6300 & D6200 also support Beamforming+. Firmware upgrades are available now. Beamforming+ is enabled by default.

Firmware upgrades can be found at
http://support.netgear.com/for_home/default.aspx

Last Updated:11/28/2016 | Article ID: 23503

Was this article helpful?  👍 Yes

👎 No

## Can't find what you're looking for?

Quick and easy solutions are available for you in the NETGEAR community.

Ask the Community

## Need to Contact Support?

With NETGEAR's round-the-clock premium support, help is just a phone call away.

See Support Options ⌄

**Case 6:21-cv-00153-ADA Document 1-8 Filed 02/19/21 Page 5 of 5**



Feedback

United States (English)

© 1996-2020 ®   Terms and Conditions   Privacy Policy