# EXHIBIT G

(/)

# FASTER DOWNLOADS, SMOOTHER STREAMING

MU-MIMO Matters





WHY MU-MIMO?

Multiple Users, Multiple Devices, Faster & More Reliable WiFi Performance



Go fast on all your devices

Say goodbye to bandwidth congestion. Stream, game, play music and download files - all at the same time.



Go low on latency

No more rubberbanding while gaming. Enjoy a stable, low variance gaming experience.



Boost your network performance

All devices benefit when there's more sharing and less competing for data transmission.

Increase Speed, Throughput and Capacity of Your Network

Take advantage of the MU-MIMO capable routers to get efficient and optimized WiFi performance for your connected home. As compared to the traditional routers that communicate with one device at a time, the newest class of WAVE 2 MU-MIMO routers can stream simultaneously to multiple devices.* By streaming simultaneously, WiFi is used more efficiently and the client devices get their data faster!

AVERAGE THROUGHPUT WITH THREE CLIENTS

 

NETGEAR
WiFi Router
with MU-MIMO                                                                                        180 Mbps

Traditional                              99 Mbps
WiFi Router

Performance Boost for all your Streaming, Gaming and Surfing

NIGHTHAWK ROUTERS



# NIGHTHAWK PRO GAMING ROUTER
XR500

LEARN MORE (/LANDINGS/XR500/)



# NIGHTHAWK X10
AD7200

LEARN MORE (/LANDINGS/AD7200/?CID=WMT_NETGEAR_ORGANIC)



# NIGHTHAWK X8
AC5300

LEARN MORE (/HOME/PRODUCTS/NETWORKING/WIFI-ROUTERS/R8500.ASPX?CID=WMT_NETGEAR_ORGANIC)



# NIGHTHAWK X6S
AC4000

LEARN MORE (/HOME/PRODUCTS/NETWORKING/WIFI-ROUTERS/R8000P.ASPX)



# NIGHTHAWK
AC2300

LEARN MORE (/HOME/PRODUCTS/NETWORKING/WIFI-ROUTERS/R7000P.ASPX)



# NIGHTHAWK X4S
AC2600

LEARN MORE (/HOME/PRODUCTS/NETWORKING/WIFI-ROUTERS/R7800.ASPX?CID=WMT_NETGEAR_ORGANIC)

WIFI RANGE EXTENDERS



### NIGHTHAWK X6S TRI-BAND WIFI MESH EXTENDER
AC3000

LEARN MORE (/HOME/PRODUCTS/NETWORKING/WIFI-RANGE-EXTENDERS/EX8000.ASPX)

---



### NIGHTHAWK X4S TRI-BAND WIFI MESH EXTENDER
AC2200

LEARN MORE (/HOME/PRODUCTS/NETWORKING/WIFI-RANGE-EXTENDERS/EX7500.ASPX)

---



WIFI RANGE EXTENDER

AC1900

LEARN MORE (/HOME/PRODUCTS/NETWORKING/WIFI-RANGE-EXTENDERS/EX7300.ASPX)



NIGHTHAWK X4
WIFI RANGE EXTENDER

AC2200

LEARN MORE (/HOME/PRODUCTS/NETWORKING/WIFI-RANGE-EXTENDERS/EX6400.ASPX)

ORBI

MU-MIMO Capable

Orbi Tri-band

Home WiFi Systems

LEARN MORE (/HOME/PRODUCTS/NETWORKING/ORBI/?CID=WMT_NETGEAR_ORGANIC)

## WHY MU-MIMO?

Less Lag For Better Performance

If you have multiple users using multiple devices, MU-MIMO is critical for your network efficiency



NO. OF DEVICES

* MU-MIMO capability requires both router and client device to support MU-MIMO

#1 spot on AC2600 Router Ranking for MU-MIMO Performance (March 2016)

# TEST RESULTS (HTTP://WWW.SMALLNETBUILDER.COM/WIRELESS/WIRELESS-REVIEWS/32975-MU-MIMO-RETEST-SIX-ROUTERS-COMPARED)

\* To get the most of this next gen WAVE 2 technology, your devices must also support MU-MIMO. Please check with your manufacturer if your device supports it.

(/)

/