# EXHIBIT H



| SUPPORT | COMMUNITY | United States (English) |

Search

Log In | Register

### NETGEAR Support

# What is MU-MIMO and how can this technology be useful in my network?

Was this article helpful? 👍 Yes  👎 No  |  4 people found this helpful in last 30 days

**What is MU-MIMO?**

MU-MIMO stands for multi-user, multiple-input, multiple-output, and it is a new feature in IEEE 802.11ac Wave 2.

The 802.11ax WiFi standard enables MU-MIMO to support more clients than ever. For example, the RAX200 communicates with multiple client devices simultaneously.

MU-MIMO operates in the downstream direction (access point to client) and allows an access point to transmit to multiple client devices simultaneously. SU-MIMO (single-user, multiple-input, multiple-output) is the predecessor technology that was part of the 2009 IEEE 802.11n wireless standard as well as the 802.11ac Wave 1 standard. SU-MIMO also allows multiple simultaneous transmissions, but only to one client device at a time.

MU-MIMO (802.11ac Wave 2) is like a switch: it allows simultaneous transmission of data to multiple clients. SU-MIMO (802.11n and 802.11ac Wave 1) is like a hub: it allows transmission to only one client at a time.

If you want to use MU-MIMO in your home or business wireless network, both the client device and the access point must support 802.11ac Wave 2 MU-MIMO.

**How can MU-MIMO be useful in my network?**

MU-MIMO reduces latency and improves performance during data-intense activities such as streaming video, video

**This article applies to:**

➔ Access Point AC (4)

➔ Wireless AX Router Nighthawk (WiFi 6) (1)

How to Find Your Model Number ›

**Recently Viewed Articles**

- What is 802.11ac and what are the key differences between 802.11ac Wave 1 and Wave 2?

- What is the difference between 2.4 GHz and 5

conferencing, or viewing webinars. Because the access point never interrupts its connection to the client to communicate with other clients, MU-MIMO minimizes jittery video, freezes, and buffering. MU-MIMO also helps to reduce network congestion and improve download speeds.

For more information:

- How is Wi-Fi 6 different from Wi-Fi 5?
- RAX200 product page

Last Updated:03/03/2020 | Article ID: 31309

Was this article helpful?

 Yes

 No

GHz wireless frequencies?

- Notice to change default 5GHz WiFi setting on C3700 WiFi Cable Modem Router

- How to change your NETGEAR router wireless mode

- Beamforming+ FAQs

## Looking for more about your product?

Get information, documentation, videos and more for your specific product.

Start typi

Can't find what you're looking for?

Quick and easy solutions are available for you in the NETGEAR community.

Ask the Community

## Need to Contact Support?

With NETGEAR's round-the-clock premium support, help is just a phone call away.

**See Support Options** ⌄



Feedback

United States (English) ⌄

© 1996-2020 ®    Terms and Conditions    Privacy Policy