IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NETGEAR, INC.,<br><br>　　　　Defendant. | § § § § § § § § § § § § § | Civil Action No. 6:21-CV-00153-ADA<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

| | |
|---|---|
| Dated: February 19, 2021 | By: */s/ Mark D. Siegmund*<br>Mark D. Siegmund (TX Bar No. 24117055)<br>mark@waltfairpllc.com<br>**LAW FIRM OF WALT FAIR, PLLC**<br>1508 N. Valley Mills Drive<br>Waco, TX 76710<br>Telephone: (254) 772-6400<br>Facsimile: (254) 772-6432<br><br>Jonathan K. Waldrop (CA Bar No. 297903)<br>(Admitted in this District)<br>jwaldrop@kasowitz.com<br>Darcy L. Jones (CA Bar No. 309474)<br>(Admitted in this District)<br>djones@kasowitz.com<br>Marcus A. Barber (CA Bar No. 307361)<br>(Admitted in this District)<br>mbarber@kasowitz.com<br>John W. Downing (CA Bar No. 252850)<br>(Admitted in this District)<br>jdowning@kasowitz.com<br>Heather S. Kim (CA Bar No. 277686)<br>(Admitted in this District)<br>hkim@kasowitz.com<br>Jack Shaw (CA Bar No. 309382)<br>(Admitted in this District)<br>jshaw@kasowitz.com<br>**KASOWITZ BENSON TORRES LLP**<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453-5171<br><br>**Attorneys for Plaintiff**<br>**WSOU INVESTMENTS, LLC d/b/a**<br>**BRAZOS LICENSING AND**<br>**DEVELOPMENT** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mark Siegmund*
**Mark Siegmund**