United States District Court
Western District of Texas
Waco Division

FILED
NOV 2 2 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
      DEPUTY CLERK

IN RE: PATENT/TRADEMARK         §
                                §
CASE FILINGS                    §
                                §
                                §

## STANDING ORDER REGARDING PATENT/TRADEMARK CASES

This Order governs the commencement of patent and trademark cases to be filed in the Waco division of this court.

It is hereby **ORDERED**, at the commencement of the action, counsel filing such an action shall be responsible for the preparation and electronic filing of the AO Form 120, using the event <u>Notice of Filing of Patent/Trademark Form</u>, through this court's CM/ECF system. This standing order becomes effective for all patent and trademark cases filed on or after December 9, 2019.

SIGNED and ENTERED this __22nd__ day of November, 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE