AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**WSOU INVESTMENTS, LLC,**
*Plaintiff*

V.   Civil Action No. **6:21−CV−00153−ADA**

**NETGEAR, INC.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: **NetGear, Inc.**
**350 E. Plumeria Dr.**
**San Jose, CA 95134−1911**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **Mark D. Siegmund**
> **Law Firm of Walt Fair, PLLC**
> **1508 North Valley Mills Drive**
> **Waco, TX 76710**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/AKEITA MICHAEL**
DEPUTY CLERK

**ISSUED ON 2021−02−19 12:54:11**



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
-----------------------------------------------------------X
WSOU INVESTMENTS LLC,

       Plaintiff,                                Civil Action No. 6:21-CV-00153-ADA

   -against-                               AFFIDAVIT OF SERVICE

NETGEAR, INC.,

       Defendant.
-----------------------------------------------------------X
STATE OF DELAWARE    )
                          S.S.:
COUNTY OF NEW CASTLE  )

       **SHARLENE BROOKS**, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 23rd day of February, 2021, at approximately 2:56 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; AND PLAINTIFF'S 7.1 DISCLOSURE STATEMENT** upon **NETGEAR, INC.** c/o Incorporating Services, LTD. at 3500 South Dupont Highway, Dover, DE 19901, by personally delivering and leaving the same with **CASEY PINEDA**, who informed deponent that she is a Managing Agent and is authorized to receive service at that address.

       **CASEY PINEDA** is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 150 pounds with brown hair.

_Sharlene Brooks 3/1/2021_
**SHARLENE BROOKS**

Sworn to before me this
___1___ day of March, 2021

_Kimberly J. Ryan_
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com