IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>NETGEAR, INC.,<br><br>Defendant. | § § § § § § § § § § § § § Civil Action No.: 6:21-cv-00153<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") files this Unopposed Motion for Extension of Time for Defendant NetGear, Inc. ("Defendant") to answer, move or otherwise respond to the Complaint.

Plaintiff filed its Complaint against Defendant on February 19, 2021. Defendant was served on February 23, 2021. Defendant currently has a deadline of March 16, 2021 to answer, move, or otherwise respond to the Complaint. The parties met and conferred regarding a short, 30 day extension of Defendant's current March 16, 2021 deadline as Defendant recently retained counsel to represent it in this matter. The parties request that the Court extend the deadline for Defendant to answer or otherwise respond to the Complaint up to and including April 15, 2021. The parties do not make this request for the purpose of delay, but so that justice may be efficiently served.

Accordingly, Plaintiff requests that the Court grant this Motion and extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint to April 15, 2021.

| | |
|---|---|
| Dated:  March 11, 2021 | By: */s/ Mark D. Siegmund*<br>Mark D. Siegmund (TX Bar No. 24117055)<br>mark@waltfairpllc.com<br>**LAW FIRM OF WALT FAIR, PLLC**<br>1508 N. Valley Mills Drive<br>Waco, TX 76710<br>Telephone:  (254) 772-6400<br>Facsimile:   (254) 772-6432<br><br>Jonathan K. Waldrop (CA Bar No. 297903)<br>(Admitted in this District)<br>jwaldrop@kasowitz.com<br>Darcy L. Jones (CA Bar No. 309474)<br>(Admitted in this District)<br>djones@kasowitz.com<br>Marcus A. Barber (CA Bar No. 307361)<br>(Admitted in this District)<br>mbarber@kasowitz.com<br>John W. Downing (CA Bar No. 252850)<br>(Admitted in this District)<br>jdowning@kasowitz.com<br>Heather S. Kim (CA Bar No. 277686)<br>(Admitted in this District)<br>hkim@kasowitz.com<br>Jack Shaw (CA Bar No. 309382)<br>(Admitted in this District)<br>jshaw@kasowitz.com<br>**KASOWITZ BENSON TORRES LLP**<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br>Facsimile:  (650) 453-5171<br><br>**Attorneys for Plaintiff**<br>**WSOU INVESTMENTS, LLC d/b/a**<br>**BRAZOS LICENSING AND**<br>**DEVELOPMENT** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2021, a true and correct copy of the foregoing response was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

*/s/ Mark D. Siegmund*
Mark D. Siegmund

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on March 11, 2021 counsel for Defendant conferred with Plaintiff's counsel on this Motion, and Plaintiff's counsel does not oppose a 30 day extension of Defendant's current April 15, 2021 deadline to answer, move, or otherwise respond to the Complaint.

*/s/ Mark D. Siegmund*
Mark D. Siegmund