IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>NETGEAR, INC.,<br><br>Defendant. | § § § § § § § § § § § § § Civil Action No.: 6-21-cv-00153<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before this Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Unopposed Motion for Extension of Time for Defendant NetGear, Inc. to answer, move, or otherwise respond to Plaintiff Complaint (ECF No. 1). Having considering the Motion, the Court finds that it should be and is hereby **GRANTED**.

It is therefore **ORDERED** that deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended to April 15, 2021.

SIGNED this _____ day of March, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE