## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:21-cv-00153-ADA |
| NETGEAR, INC., | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF KEVIN E. CADWELL

The following designated attorney herby enters an appearance as counsel of record for Defendant NETGEAR, Inc. and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Plaintiffs and Defendants.

Kevin E. Cadwell
Texas Bar No. 24036304
CADWELL CLONTS & REEDER LLP
One Riverway, Suite 1700
Houston, TX 77056
Telephone:  713.360.1561
Facsimile:     940.233.8587
Email: kcadwell@cadwellclontsreeder.com

| | |
|---|---|
| Dated: March 22, 2021 | By: */s/ Kevin E. Cadwell*<br>Kevin E. Cadwell<br>kcadwell@cadwellclontsreeder.com<br>Texas Bar No. 24036304<br>David R. Clonts<br>dclonts@cadwellclontsreeder.com<br>Texas Bar. No. 04403700<br>Lisa M. Thomas<br>lthomas@cadwellclontsreeder.com<br>Texas Bar No. 24079455<br>CADWELL CLONTS & REEDER LLP<br>One Riverway, Suite 1700<br>Houston, Texas 77056<br>Phone:  (713) 360-1560<br>Fax:     (940) 233-8587<br><br>**ATTORNEYS FOR DEFENDANT NETGEAR, INC.** |