# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

WSOU INVESTMENTS, LLC, ET AL.

vs.                                               Case No.:  6:21-cv-00153

NETGEAR, INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Alexander J. Hadjis , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Defendant NETGEAR, Inc.  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Jenner & Block LLP  with offices at:

    Mailing address:  1099 New York Avenue, NW, Suite 900

    City, State, Zip Code:  Washington, DC 20001-4412

    Telephone:  202 639-6036           Facsimile:  202 704-7564

2. Since  April 27, 1995 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  Virginia . Applicant's bar license number is  38102 .

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | USDC, Eastern District Michigan | July 28. 1999 |
    | US Court of Appeals, Federal Circuit | May 30, 1996 |
    | US Patent and Trademark Office | June 19, 1994 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:18-cv-00308    on the 12 day of December, 2018.
   Number: 6:18-cv-00373    on the 15 day of February, 2019.
   Number: 6:18-cv-00374    on the 15 day of February, 2019.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Kevin E. Cadwell

Mailing address: One Riverway, Suite 1700

City, State, Zip Code: Houston, Texas 77054

Telephone: 713-360-1561

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Alexander J. Hadjis to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Alexander J. Hadjis
[printed name of Applicant]

[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 23 day of March, 2021.

Alexander J. Hadjis
[printed name of Applicant]

[signature of Applicant]