UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC, ET AL.

vs.                                                                 Case No.: 6:21-cv-00153

NETGEAR, INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Alexander J. Hadjis, counsel for Defendant NETGEAR, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Alexander J. Hadjis may appear on behalf of Defendant NETGEAR, Inc. in the above case.

IT IS FURTHER ORDERED that Alexander J. Hadjis, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form