# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU INVESTMENTS, LLC, ET AL.

vs.                                    Case No.: 6:21-cv-00153

NETGEAR, INC.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Lisa M. Schoedel, counsel for Defendant NETGEAR, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Lisa M. Schoedel may appear on behalf of Defendant NETGEAR, Inc. in the above case.

IT IS FURTHER ORDERED that Lisa M. Schoedel, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields     Print Form