IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NETGEAR, INC.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:21-cv-00153-ADA |

## NOTICE OF APPEARANCE OF DAVID R. CLONTS

The following designated attorney herby enters an appearance as counsel of record for Defendant NETGEAR, Inc. and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Plaintiffs and Defendants.

David R. Clonts
State Bar No. 04403700
CADWELL CLONTS & REEDER LLP
One Riverway, Suite 1700
Houston, TX 77056
Telephone:  713.360.1562
Facsimile: 940.233.8587
Email: dclonts@cadwellclontsreeder.com

| | |
|---|---|
| Dated: March 25, 2021 | By: */s/ David R. Clonts*<br>Kevin E. Cadwell<br>kcadwell@cadwellclontsreeder.com<br>Texas Bar No. 24036304<br>David R. Clonts<br>dclonts@cadwellclontsreeder.com<br>Texas Bar. No. 04403700<br>Lisa M. Thomas<br>lthomas@cadwellclontsreeder.com<br>Texas Bar No. 24079455<br>CADWELL CLONTS & REEDER LLP<br>One Riverway, Suite 1700<br>Houston, Texas 77056<br>Phone:  (713) 360-1560<br>Fax:     (940) 233-8587<br><br>**ATTORNEYS FOR DEFENDANT NETGEAR, INC.** |