IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　　*Plaintiff*, | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION 6:21-cv-00153-ADA<br><br>JURY TRIAL DEMANDED |
| v. | §<br>§<br>§ | |
| NETGEAR, INC.,<br>　　　*Defendant*. | | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") hereby dismisses this action without prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: July 30, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Mark D. Siegmund*
　　　　　　　　　　　　　　　　　　　Mark D. Siegmund (TX Bar No. 24117055)
　　　　　　　　　　　　　　　　　　　mark@waltfairpllc.com
　　　　　　　　　　　　　　　　　　　**LAW FIRM OF WALT FAIR, PLLC**
　　　　　　　　　　　　　　　　　　　1508 N. Valley Mills Drive
　　　　　　　　　　　　　　　　　　　Waco, TX 76710
　　　　　　　　　　　　　　　　　　　Telephone: (254) 772-6400
　　　　　　　　　　　　　　　　　　　Facsimile: (254) 772-6432

　　　　　　　　　　　　　　　　　　　Jonathan K. Waldrop (CA Bar No. 297903)
　　　　　　　　　　　　　　　　　　　(Admitted in this District)
　　　　　　　　　　　　　　　　　　　jwaldrop@kasowitz.com
　　　　　　　　　　　　　　　　　　　Darcy L. Jones (CA Bar No. 309474)
　　　　　　　　　　　　　　　　　　　(Admitted in this District)

djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile:  (650) 453-5171

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

  A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on this 30th day of July, 2021.

               */s/ Mark D. Siegmund*
                **Mark D. Siegmund**