IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff*, | § § § § § § | CIVIL ACTION 6:21-cv-00153-ADA<br><br>JURY TRIAL DEMANDED |
| v. | § § § | |
| NETGEAR, INC.,<br>*Defendant.* | | |

**[PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

The request to dismiss this matter without prejudice is hereby GRANTED.

DATED: _____

_____
**ALAN D. ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**